Marc S. CASON, Sr., Plaintiff—
Appellant,

v.

MARYLAND DIVISION OF PAROLE
AND PROBATION, Defendant—
Appellee.

No. 06–7220.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 18, 2008.

Decided: Feb. 8, 2008.

Marc S. Cason, Sr., Appellant Pro Se.

Before TRAXLER, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marc S. Cason, Sr., seeks to appeal the
district court's order dismissing his 42
U.S.C. § 1983 (2000) complaint as barred
by the statute of limitations. We dismiss
the appeal as untimely.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal. Fed.
R.App. P. 4(a)(1)(A). A district court may
extend the time to appeal upon motion
filed within thirty days after expiration of
the prescribed time, and a showing of ex-
cusable neglect or good cause. Fed.

R.App. P. 4(a)(5). This appeal period is
"mandatory and jurisdictional." *Browder
v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98
S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting
*United States v. Robinson*, 361 U.S. 220,
229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on its docket on May 17, 2006. Cason filed
his notice of appeal on July 11, 2006, which
was after the thirty-day appeal period ex-
pired but within the thirty-day excusable
neglect period. On limited remand, the
district court found that Cason failed to
establish good cause or excusable neglect
to justify filing the untimely notice, and
thus denied his motion for an extension of
the appeal period.

Because Cason's notice of appeal was
untimely filed, we dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED.*